IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>*Plaintiff*,<br>v.<br><br>SILVER LEAF LAWN & LANDSCAPE, INC.,<br><br>*Defendants*. | Case No. 2:21-cv-2381-EFM-TJJ<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Secretary of Labor, Martin J. Walsh, hereby notifies the Court of the settlement and full resolution of the above-captioned matter, and requests the Court enter an Order dismissing this matter with prejudice, while retaining jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement. In support of such Motion, the Secretary states as follows:

1. On May 12, 2021, Defendant Silver Leaf Lawn & Landscape, Inc. ("Defendant") filed a *Request for Hearing* with the Office of Administrative Law Judges based upon alleged independent violations of the H-2B Program, and its related regulations, by Defendant, which the Wage and Hour Division (WHD") assessed as part of a concurrent investigation.

2. Thereafter, on September 2, 2021, the Secretary filed a *Complaint* in the United States District Court for the District of Kansas.

3. On November 2, 2021, the Secretary submitted a *Waiver of Service of Summons* executed by Defendants. In accordance with the *Waiver*, Defendants' *Answer* was not due until December 20, 2021.

1

4. On November 24, 2021, the Parties submitted a *Settlement Agreement and Consent Findings* to the Office of Administrative Law Judges, Honorable Jerry R. DeMaio presiding.

5. The terms of the above-referenced *Settlement Agreement and Consent Findings* contemplated a global resolution of both the pending federal and administrative actions.

6. On December 15, 2021, Judge DeMaio issued a *Decision and Order Approving Consent Findings*, thereby terminating the administrative action before the Office of Administrative Law Judges.

**WHEREFORE**, the Parties respectfully request this Court dismiss this action, with prejudice, retaining jurisdiction for the sole purpose of enforcing the terms of the *Settlement Agreement and Consent Findings*, if necessary, through June 30, 2022.

---------- **REST OF PAGE INTENTIONALLY LEFT BLANK** ---------

**Dated: March 10, 2022**

SECRETARY OF LABOR

    **SEEMA NANDA**                                                 s/ Boyce N. Richardson
    Solicitor of Labor                                       **BOYCE N. RICHARDSON**
                                                            Attorney (Mo. Bar No. 62509)

    **CHRISTINE Z. HERI**
    Regional Solicitor                                      OFFICE OF THE SOLICITOR
                                                            U.S. DEPARTMENT OF LABOR
    **EVERT H. VAN WIJK**                          2300 Main Street | Suite 1020
    Associate Regional Solicitor                Kansas City, MO 64108
                                                            (816) 285-7270 (Direct)
                                                            (816) 285-7287 (Fax)
                                                            Richardson.Boyce.N@dol.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: jeff@silverleaflawn.com.

/s/ Boyce N. Richardson