UNITED STATES DEPARTMENT OF LABOR
OFFICE OF ADMINISTRATIVE LAW JUDGES
BOSTON, MASSACHUSETTS

| | |
|---|---|
| **MARTIN J. WALSH,** **SECRETARY OF LABOR,** **UNITED STATES DEPARTMENT** **OF LABOR,** *Plaintiff*, **SILVER LEAF LAWN &** **LANDSCAPE, INC.,** *Defendants*. | Case No. 2:21-cv-2381-EFM-TJJ **ORDER** |

This matter comes before the Court on the parties' Joint Motion for Voluntary Dismissal with Prejudice. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion for Voluntary Dismissal, Doc. 5, is hereby GRANTED and this action be dismissed with prejudice, with the Court retaining jurisdiction in this matter for the sole purpose of enforcing the terms of the settlement agreement, if necessary, through June 30, 2022.

IT IS SO ORDERED.

Dated this 14th of March 2022.

ERIC F. MELGREN
CHIEF UNITED STATES DISTICT JUDGE